> IT IS SO ORDERED.
>
> s/ Jack Zouhary      **May 26, 2011**
> JACK ZOUHARY
> U.S. DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Q FUNDING, III, L.P., *et al.*, | CASE NO. 3:11-CV-00918 |
| Plaintiffs, | |
| v. | JUDGE JACK ZOUHARY |
| RICHARD L. KINZEL, *et al.*, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)** |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiffs, Q Funding, III, L.P. and Q4 Funding, L.P., hereby give notice of their voluntary dismissal without prejudice of the Complaint in this action.

Respectfully submitted,

*/s/ Donald S. Scherzer*
Donald S. Scherzer (0022315)
dscherzer@ralaw.com
Richard S. Mitchell (0007036)
rmitchell@ralaw.com
Amanda M. Knapp (0081948)
aknapp@ralaw.com
ROETZEL & ANDRESS, LPA
1375 East Ninth Street
One Cleveland Center, Ninth Floor
Cleveland, OH  44114
Telephone: 216.623.0150
Facsimile: 216.623.0134

Of Counsel:

Ethan D. Dettmer (CA 196046)
edettmer@gibsondunn.com
GIBSON, DUNN & CRUTCHER, LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105-2933
Telephone:  415.393.8200
Facsimile:  415.393.8306

*Attorneys for Plaintiffs Q Funding III, L.P. and Q4 Funding, L.P.*

**CERTIFICATE OF SERVICE**

      The foregoing document was filed electronically with the Court on May 26, 2011. Notice of this filing was sent to the following parties by regular U.S. mail, postage prepaid:

Richard L. Kinzel
One Cedar Point Drive
Sandusky, Ohio 44870

Michael D. Kwiatkowski
1750 Birds Hill Ct.
Danville, CA 94526

David L. Paradeau
10242 Heronwood Ln.
West Palm Beach, FL 33412

Steven H. Tishman
1160 Park Avenue, Apt. #2D
New York, NY 10128

Richard S. Ferreira
36750 US Highway 19 N, Apt. 3423
Palm Harbor, FL 34684

                                            */s/ Donald S. Scherzer*
                                            Donald S. Scherzer